UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELIHA JUSUPOVIC, | CASE NO. C18-1842-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NATIONAL GENERAL INSURANCE COMPANY, a foreign insurance company, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to amend complaint and caption (Dkt. No. 7). Having thoroughly considered the parties' stipulation, the Court ORDERS that Plaintiff shall file the amended complaint naming Integon Preferred Insurance Company as the sole Defendant in this matter (Dkt. No. 7-1) and shall dismiss National General Insurance Company as a party in this matter. The Clerk is DIRECTED to amend the caption of this case accordingly.

//
//
//

1       DATED this 15th day of February 2019.

                                          William M. McCool
                                          Clerk of Court

                                          s/Tomas Hernandez
                                          Deputy Clerk