UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELIHA JUSUPOVIC, | CASE NO. C18-1842-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| INTEGON PREFERRED INSURANCE COMPANY, a foreign insurance company, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to dismiss Defendant National General Insurance Company as a party to this action pursuant to the parties' prior stipulation (Dkt. No. 10; *see* Dkt. Nos. 7–8). The Court hereby GRANTS the motion, and DISMISSES Defendant National General Insurance Company as a party to this action.

DATED this 7th day of March 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
